# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JOSHUA COSBY,

Petitioner,

Case No. 18-CV-573 (NEB/ECW)

v.

F.C.I. SANDSTONE WARDEN,

Respondent.

ORDER ACCEPTING REPORT AND
RECOMMENDATION

The Court has received the May 1, 2019 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. [ECF No. 32.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 32] is ACCEPTED;

2. This action is DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's Order [ECF No. 31], for failure to pay the filing fee, and for failure to prosecute. *See Warsame v. Sugule*, No. CIV. 07-3763 (PJS/RLE), 2008 WL 508602, at

*1 (D. Minn. Feb. 21, 2008) (dismissing action for failure to pay filing fee after court order).

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: June 3, 2019                           BY THE COURT:

                                              s/Nancy E. Brasel
                                              Nancy E. Brasel
                                              United States District Judge